UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA

IN RE: )
) Chapter 7
HENRY LAWSON HUGGINS, JR. and )
THERESA LITTLETON HUGGINS, )
) Case No. 09-50336
Debtors. )

## MOTION FOR DISBURSEMENT OF UNCLAIMED FUNDS

SunTrust Bank hereby moves the Court for an order directing the United States Bankruptcy Court to disburse the sum of $18,062.45 from the Court's registry fund, payable to SunTrust Bank, representing unclaimed funds previously deposited with the Court.

Date  3/2/15

Supporting documentation attached __x__ yes ____ no

*I understand that pursuant to 18 U.S.C. §§ 152 & 3571, I may be fined up to $500,000, imprisoned for up to 5 years, or both if I have knowingly and fraudulently made any false statements in this document or provided false and fraudulent documentation as part of this application.*

WILLIAMS MULLEN

_____
Holmes P. Harden
Attorneys for SunTrust Bank
P.O. Box 1000
Raleigh, NC 27602
919-981-4000

27495787_1

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA

IN RE:                                )
                                      )    Chapter 7
Henry Lawson Huggins, Jr. and         )
Theresa Littleton Huggins,            )
                                      )    Case No. 09-50336
            Debtors.                  )

STATE OF NORTH CAROLINA

COUNTY OF WAKE

AFFIDAVIT FOR REIMBURSEMENT OF UNCLAIMED FUNDS

Name of Creditor:    SunTrust Bank
                     c/o Holmes P. Harden
                     P.O. Box 1000
                     Raleigh, NC 27602
                     919-981-4011

I, Bruce Jewett, being duly sworn, deposes and says that he is a SUP of SunTrust Bank, a creditor of the above-referenced Debtors, that a proof of claim was filed on behalf of SunTrust Bank, which claim was thereafter duly allowed, and that $18,062.45 remains unpaid on the claim. A check written by the Trustee in the amount of $18,062.45 was returned to the Trustee because, on information, it had been mailed to a post office box that had been closed. The Trustee has deposited the funds in the Court's registry fund. SunTrust's claim has not been sold or assigned and is still the property of SunTrust Bank. It is therefore requested that the Clerk of this Court pay to SunTrust Bank the aforesaid sum of $18,062.45.

By: _____
Printed Name: Bruce Jewett
Title: SUP

Subscribed and sworn to before me this the 20th day of February, 2015.

_____
Notary Public
My Commission Expires: 4-14-2017

VICKIE G CARLISLE
Notary Public
Franklin County
North Carolina
My Commission Expires Apr 14, 2017

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| HENRY LAWSON HUGGINS, JR. and ) | |
| THERESA LITTLETON HUGGINS, ) | |
| ) | Case No. 09-50336 |
| Debtors. ) | |

**NOTICE OF HEARING AND CERTIFICATE OF SERVICE**

**NOTICE** IS HEREBY GIVEN that the Court will conduct a hearing on **April 10, 2015 at 10:30 a.m.** before the United States Bankruptcy Court, Western District of North Carolina, 200 West Broad Street, Room 301, Statesville, North Carolina 28677 to consider the Motion for Disbursement of Unclaimed Funds filed by SunTrust Bank.

NOTICE IS FURTHER GIVEN to the Court that on March 2, 2015, the United States Attorney, the case Trustee, and the Bankruptcy Administrator were served a copy of the Motion for Disbursement of Unclaimed Funds and this Notice of Hearing by U. S. Mail.

This the 2nd day of March, 2015.

WILLIAMS MULLEN

By: /s/ Holmes P. Harden
Holmes P. Harden
N.C. State Bar No. 9835
P.O. Box 1000
Raleigh, NC 27602
Telephone: (919) 981-4000
Fax: (919) 981-4300
E-mail: hharden@williamsmullen.com
*Attorneys for SunTrust Bank*

27585626_1.docx

CERTIFICATE OF SERVICE

      I, Holmes P. Harden, do hereby certify that the foregoing *Notice of Hearing and Motion for Disbursement of Unclaimed Funds and Affidavit* was served upon all parties of record as indicated below either by electronic service via the CM/ECF system or by mailing a copy thereof at the addresses indicated below with the proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Postal Service in Raleigh, North Carolina, on the 2nd day of March, 2015.

                WILLIAMS MULLEN

BY:   */s/ Holmes P. Harden*
       Holmes P. Harden
       P. O. Box 1000
       Raleigh, NC 27602
       Telephone: (919) 981-4011

**SERVED VIA CM/ECF:**

| **James T. Ward, Sr.** | **Barrett Crawford** | **Anna Cotten Wright** |
|---|---|---|
| jward_ecf@carolina.rr.com | trustee@barrettcrawfordlaw.com | cwright@grierlaw.com |

**SERVED VIA US POSTAL SERVICE:**

Henry Lawson Huggins, Jr.
Theresa Littleton Huggins
3807 8th Street PL NW
Hickory, NC 28601

Ann M. Tompkins
United States Attorney for the
Western District of North Carolina
227 West Trade Street, Suite 1650
Charlotte, NC 28202

Linda W. Simpson
Bankruptcy Administrator
Western District of North Carolina
402 W. Trade Street, Suite 200
Charlotte, NC 28202