# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HUGGINS JR., HENRY LAWSON | § | Case No. 09-50336 |
| HUGGINS, THERESA LITTLETON | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JAMES T. WARD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                                      Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:                      Claims Discharged
                                                       Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on                . The case was pending for     months.

5)  A copy of the final bank statement of the estate, reflecting a zero balance has been submitted to the United States Bankruptcy Administrator.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/JAMES T. WARD _____
                                                        Trustee

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|-------|-------------|--------------------|---------------|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|-----------|----------|--------------------|---------------------------------|-----------------|----------------|-------------|
| | Creditor #: 1 CitiMortgage P.O. Box 183040 Columbus, OH 43218-3040 | | | | | |
| | Creditor #: 2 CommunityOne Bank, N.A. PO Box 1328 Asheboro, NC 27204 | | | | | |
| | Creditor #: 3 First Citizens Bank P.O. Box 27131 Raleigh, NC 27611-7131 | | | | | |
| | Creditor #: 4 SunTrust Bank Commercial Credit Services PO Box 4418   MC 0039 Atlanta, GA 30302 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES T WARD, TRUSTEE | | | | | |
| JAMES T WARD, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| HORRY CO TREASURER | | | | | |
| PATRICK & STATHOS | | | | | |
| VARIOUS | | | | | |
| UNION BANK | | | | | |
| WRIGHT, COTTEN | | | | | |
| WRIGHT, COTTEN | | | | | |
| MIDDLESWARTH  BOWERS & CO | | | | | |
| BOYD, GARY | | | | | |
| BOYD, GARY | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1 Catawba County Tax Collector P.O. Box 368 Newton, NC 28658-0368 | | | | | |
| | Creditor #: 2 Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114-0326 | | | | | |
| | Creditor #: 3 N.C. Dept. of Revenue Office Serv.Div./Bankruptcy P.O. Box 1168 Raleigh, NC 27602 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1 Alice Littleton 3131 9th Ave. Drive NE #35 Hickory, NC 28601 | | | | | |
| | Creditor #: 10 Deluxe Business Checks & Solutions P.O. Box 742572 Cincinnati, OH 45274-2572 | | | | | |
| | Creditor #: 11 Duke Energy P.O. Box 70515 Charlotte, NC 28272-0515 | | | | | |
| | Creditor #: 12 Duke Energy P.O. Box 70515 Charlotte, NC 28272-0515 | | | | | |
| | Creditor #: 13 Duke Energy P.O. Box 70515 Charlotte, NC 28272-0515 | | | | | |
| | Creditor #: 14 Embarq P.O. Box 96064 Charlotte, NC 28296-0064 | | | | | |
| | Creditor #: 15 GDS Inc. P.O. Box 9001705 Louisville, KY 40290-1705 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 16 Henry Huggins 164 17th Ave. NE Hickory, NC 28601 | | | | | |
| | Creditor #: 17 Ikon Financial Services PO Box 6338 Macon, GA 31208-6338 | | | | | |
| | Creditor #: 18 Institute for Nerve Medicine 2716 Ocean Park Blvd., Ste 3082 Santa Monica, CA 90405 | | | | | |
| | Creditor #: 19 Ledger Plus c/o C. Thomas McLeod, Jr. PO Box 5311 Hickory, NC 28603 | | | | | |
| | Creditor #: 20 Lowes 231 E. Main St. Suite 240 Round Rock, TX 78664 | | | | | |
| | Creditor #: 21 Ocean Park Owners Association, Inc. C/O Chicora Association Manage PO Box 105264 Atlanta, GA 30348-5264 | | | | | |
| | Creditor #: 22 Peoples Bank P.O. Box 467 Newton, NC 28658 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 24 Santee Cooper PO Box 188 Moncks Corner, SC 29461-0188 | | | | | |
| | Creditor #: 27 Tara R. Noe 114 20th Ave. NE Hickory, NC 28601 | | | | | |
| | Creditor #: 28 The Real Estate Book PO Box 100001 Lawrenceville, GA 30046-7001 | | | | | |
| | Creditor #: 29 Young, Morphis, Bach & Taylor, LLP PO Box 2428 Hickory, NC 28603-2428 | | | | | |
| | Creditor #: 5 Blossom PO Box 1110 Ocean Springs, MS 39566-1100 | | | | | |
| | Creditor #: 6 Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285 | | | | | |
| | Creditor #: 7 Carolina Media Solutions P.O. Box 3081 Hickory, NC 28603 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 8 Charter Communications 1121 Lenoir Rhyne Blvd. Hickory, NC 28603 | | | | | |
| | Representing: Lowes | | | | | |
| | Representing: Ocean Park Owners Association, Inc. | | | | | |
| 000001 | BB&T | | | | | |
| 000002 | BB&T | | | | | |
| 000003 | BB&T | | | | | |
| 000008 | BB&T | | | | | |
| 000009 | BB&T | | | | | |
| 000004 | COMMUNITYONE BANK, N.A. | | | | | |
| 000005 | COMMUNITYONE BANK, N.A. | | | | | |
| 000006 | COMMUNITYONE BANK, N.A. | | | | | |
| 000007 | PEOPLES BANK | | | | | |
| 000011 | SUNTRUST BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012 | SUNTRUST BANK | | | | | |
| 000010 | SUNTRUST BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No.: | 09-50336   JCW   Judge: CRAIG WHITLEY | Trustee Name: | JAMES T. WARD |
| Case Name: | HUGGINS JR., HENRY LAWSON | Date Filed (f) or Converted (c): | 03/17/09 (f) |
| | HUGGINS, THERESA LITTLETON | 341(a) Meeting Date: | 04/20/09 |
| For Period Ending: | 07/05/14 | Claims Bar Date: | 09/08/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 185.42 | FA |
| 2. Debtors' personal residence; House and Land locate | 475,000.00 | 73,053.50 | | 44,553.50 | FA |
| 3. Lake Lot 7 of Governors Harbour, Hickory, NC, 2860 | 95,000.00 | 95,000.00 | | 85,500.00 | FA |
| 4. Lot 5, Windridge Subdivision, Hickory, NC, 28601 C | 60,000.00 | 0.00 | | 0.00 | 0.00 |
| 5. Lot 11, Windridge Subdivision, Hickory, NC, 28601 | 60,000.00 | 0.00 | | 0.00 | 0.00 |
| 6. Checking BB&T | 0.00 | Unknown | | 0.00 | Unknown |
| 7. Checking Mountain 1st | 500.00 | 0.00 | | 0.00 | 0.00 |
| 8. Checking Mountain 1st | 1,710.21 | 0.00 | | 0.00 | 0.00 |
| 9. Uniform Transfer to Minors Act accounts, NOT PROPE | 0.00 | Unknown | | 0.00 | Unknown |
| 10. Small Kitchen Appliances, Stove, Refrigerator, Fre | 4,515.00 | 0.00 | | 0.00 | 0.00 |
| 11. Erte Art (framed and signed), McKnight Art (framed | 900.00 | 0.00 | | 0.00 | 0.00 |
| 12. Clothing and Personal Articles In Debtors' possess | 700.00 | 0.00 | | 0.00 | 0.00 |
| 13. Diamond Engagement Ring and Costume Jewelry In Deb | 3,600.00 | 0.00 | | 0.00 | 0.00 |
| 14. Golf clubs, exercise equipment, punching bag, and | 380.00 | 0.00 | | 0.00 | 0.00 |
| 15. Security Benefit Term Life Insurance, no CSV Husba | 0.00 | Unknown | | 0.00 | Unknown |
| 16. Security Variable Life Insurance Company $750,000 | 27,026.00 | 0.00 | | 0.00 | 0.00 |
| 17. Gen Pro Term Life Insurance, $500,000, no CSV Wife | 0.00 | Unknown | | 0.00 | Unknown |
| 18. IRA at Bank of America Columbia Stategic Investor | 4,817.33 | 0.00 | | 0.00 | 0.00 |
| 19. Jac. Vandenburg, Inc. Profit Sharing Plan NOT PROP | 0.00 | Unknown | | 0.00 | Unknown |
| 20. Catawba Valley Emergency Physicians 401(K) PSP at | 0.00 | Unknown | | 0.00 | Unknown |
| 21. Scottrade account | 28,188.70 | 28,188.70 | | 25,000.00 | FA |
| 22. Speight Properties, Inc., co-shareholder is C. She | 0.00 | Unknown | | 0.00 | Unknown |
| 23. Catawba Valley Emergency Physicians, P. A., 12 1/2 | 0.00 | Unknown | | 0.00 | Unknown |
| 24. Lake Hickory Country Club Membership, non-transfer | 0.00 | Unknown | | 0.00 | Unknown |
| 25. Spectra Energy Corp. 397.2844 shares | 6,213.53 | 6,213.53 | | 6,213.53 | FA |
| 26. Valley National Bancorp | 7,638.89 | 7,638.89 | | 7,638.89 | FA |

LFORM1

**USBA Form 101-7-TDR (10/1/2010)** *(Page: 12)*

Ver: 18.00a

**FORM 2**
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:   2

Exhibit 8

| Case No: | 09-50336   JCW   Judge: CRAIG WHITLEY | Trustee Name: | JAMES T. WARD |
|---|---|---|---|
| Case Name: | HUGGINS JR., HENRY LAWSON | Date Filed (f) or Converted (c): | 03/17/09 (f) |
| | HUGGINS, THERESA LITTLETON | 341(a) Meeting Date: | 04/20/09 |
| | | Claims Bar Date: | 09/08/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. Duke Energy 1,088.0481 Shares | 15,918.14 | 15,918.14 | | 15,918.14 | FA |
| 28. 1.  T&L Resort Properties, LLC (100% owned by Debt | 0.00 | Unknown | | 100,325.75 | Unknown |
| 29. 2.  Jack Henry, LLC (50% owned by Debtors)  -- Deb | 0.00 | Unknown | | 0.00 | Unknown |
| 30. Loan for Jack Henry, LLC, Debtors borrowed from Co | 0.00 | Unknown | | 0.00 | Unknown |
| 31. C. Sherwin Speight on  Lowes' card $8000 | 0.00 | Unknown | | 0.00 | Unknown |
| 32. C. Sherwin Speight $4177.85 loaned for mortgage pa | 0.00 | Unknown | | 0.00 | Unknown |
| 33. Personal loans to Speight Properties, Inc. and Jac | 0.00 | Unknown | | 0.00 | Unknown |
| 34. Female Debtor has one contract that may close, how | 0.00 | Unknown | | 0.00 | Unknown |
| 35. Speight Properties, Inc. and/or C. Sherwin Speight | 0.00 | Unknown | | 0.00 | Unknown |
| 36. Estimated 2008 tax refunds (actual refunds will be | 5,000.00 | 0.00 | | 0.00 | 0.00 |
| No tax refund available | | | | | |
| 37. Debtors purchased a condominium in The Park Condom | 0.00 | Unknown | | 0.00 | Unknown |
| 38. 2000 BMW 740i (84,651 miles) appraisal value Evere | 7,000.00 | 0.00 | | 0.00 | 0.00 |
| 39. 2001 Chevy Suburban (128,273 miles) appraisal valu | 2,500.00 | 0.00 | | 0.00 | 0.00 |
| 40. VOID (u) | Unknown | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $806,607.80 | $226,012.76 | | $285,335.23 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The trustee has determined that certain of the debtors assets have not been fully administered and is currently making investigation as to those assets.  Final tax returns have been filed.   Claims analysis has been completed.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 09-50336    JCW    Judge: CRAIG WHITLEY | Trustee Name: | JAMES T. WARD |
| Case Name: | HUGGINS JR., HENRY LAWSON | Date Filed (f) or Converted (c): | 03/17/09 (f) |
| | HUGGINS, THERESA LITTLETON | 341(a) Meeting Date: | 04/20/09 |
| | | Claims Bar Date: | 09/08/09 |

Initial Projected Date of Final Report (TFR): 06/30/10        Current Projected Date of Final Report (TFR): 10/31/13

**USBA Form 101-7-TDR (10/1/2010)** *(Page: 14)*

Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:        09-50336  -JCW
Case Name:    HUGGINS JR., HENRY LAWSON
HUGGINS, THERESA LITTLETON

Taxpayer ID No:    *******5440
For Period Ending: 07/05/14

Trustee Name:        JAMES T. WARD
Bank Name:           UNION BANK
Account Number / CD #:    *******5339  EPI - NB Checking

Blanket Bond (per case limit):  $ 1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/31/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 197,831.60 | | 197,831.60 |
| 11/26/12 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 197,816.60 |
| 12/17/12 | 003001 | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS ST NEW ORLEANS, LA 70139 | Trustee Bond #016036312 | 2300-000 | | 239.40 | 197,577.20 |
| 12/17/12 | 003002 | MIDDLESWARTH  BOWERS & CO 219-A WILMOT DRIVE GASTONIA, NC 28054 | Approved Accountant Fees | 3410-000 | | 1,995.00 | 195,582.20 |
| 12/26/12 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 243.23 | 195,338.97 |
| 01/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 251.21 | 195,087.76 |
| 02/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 248.87 | 194,838.89 |
| 03/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 261.85 | 194,577.04 |
| 04/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 289.50 | 194,287.54 |
| 05/28/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 279.79 | 194,007.75 |
| 06/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 288.72 | 193,719.03 |
| 07/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 278.97 | 193,440.06 |
| 08/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 287.83 | 193,152.23 |
| 09/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 287.43 | 192,864.80 |
| 10/21/13 | 003003 | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS ST NEW ORLEANS, LA 70139 | Trustee Bond Payment | 2300-000 | | 235.07 | 192,629.73 |
| 10/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 277.74 | 192,351.99 |
| 11/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 286.56 | 192,065.43 |
| 12/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 276.63 | 191,788.80 |
| 01/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 285.39 | 191,503.41 |
| 02/10/14 | * NOTE * | HENRY LAWSON HUGGINS JR. | turnover of non exempt assets | 1129-000 | 29,770.56 | | 221,273.97 |

Page Subtotals    227,602.16    6,328.19

LFORM24
**USBA Form 101-7-TDR (10/1/2010)** *(Page: 15)*

Ver: 18.00a

FORM 2                                                                    Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                        Exhibit 9

| | |
|---|---|
| Case No: | 09-50336  -JCW |
| Case Name: | HUGGINS JR., HENRY LAWSON |
| | HUGGINS, THERESA LITTLETON |
| Taxpayer ID No: | *******5440 |
| For Period Ending: | 07/05/14 |

| | |
|---|---|
| Trustee Name: | JAMES T. WARD |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******5339  EPI - NB Checking |
| Blanket Bond (per case limit): | $  1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 3807 8TH STREET PL NW | * NOTE *  Properties 25, 26, 27 | | | | |
| | | HICKORY, NC  28601 | | | | | |
| 02/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 284.99 | 220,988.98 |
| 03/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 282.72 | 220,706.26 |
| 04/17/14 | 003004 | Grier Furr & Crisp, P.A. | Approved Attorney fees | | | 1,018.40 | 219,687.86 |
| | | 101 N. Tryon Street, Suite 1240 | | | | | |
| | | Charlotte, NC 28246 | | | | | |
| | | | Fees          998.00 | 3210-000 | | | |
| | | | Expenses       20.40 | 3220-000 | | | |
| 04/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 328.36 | 219,359.50 |
| 05/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 316.87 | 219,042.63 |

| | | | |
|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 227,602.16 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 197,831.60 |
| | | Subtotal | 29,770.56 |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | |
| | | Net | 29,770.56 |

COLUMN TOTALS: 8,559.53   219,042.63
Less: Bank Transfers/CD's: 0.00
Subtotal: 8,559.53
Less: Payments to Debtors: 0.00
Net: 8,559.53

Page Subtotals                    0.00          2,231.34

Ver: 18.00a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-50336  -JCW | |
| Case Name: | HUGGINS JR., HENRY LAWSON | |
| | HUGGINS, THERESA LITTLETON | |
| Taxpayer ID No: | *******5440 | |
| For Period Ending: | 07/05/14 | |

| | |
|---|---|
| Trustee Name: | JAMES T. WARD |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******0778  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  1,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 05/14/09 | 28 | Teresa Huggins | rent- pro-rated | 1290-000 | 2,689.16 | | 2,689.16 |
| | 05/14/09 | | Alice Littleton | | | 130,053.50 | | 132,742.66 |
| | | | for Huggins | | | | | |
| | | 2, 3 | ALICE LITTLETON | Memo Amount:        130,053.50 | 1110-000 | | | |
| * | 05/14/09 | | Solutlions of Hickory | rent | 1290-003 | 3,393.00 | | 136,135.66 |
| * | 05/14/09 | | Solutlions of Hickory | rent | 1290-003 | -3,393.00 | | 132,742.66 |
| | | | | duplicate deposit entry | | | | |
| | 05/14/09 | 28 | Solutions of Hickory | building rent | 1290-000 | 3,393.00 | | 136,135.66 |
| | 05/29/09 | 1 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.04 | | 136,137.70 |
| | 06/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 5.60 | | 136,143.30 |
| | 07/31/09 | 1 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 5.78 | | 136,149.08 |
| | 08/31/09 | 1 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 5.78 | | 136,154.86 |
| | 09/16/09 | 28 | HENRY LAWSON HUGGINS JR. | rental income | 1290-000 | 1,245.34 | | 137,400.20 |
| | | | 3807 8TH STREET PL NW | | | | | |
| | | | HICKORY, NC  28601 | | | | | |
| | 09/16/09 | 21 | HENRY LAWSON HUGGINS JR. | | 1290-000 | 25,000.00 | | 162,400.20 |
| | | | 3807 8TH STREET PL NW | | | | | |
| | | | HICKORY, NC  28601 | | | | | |
| | 09/16/09 | 28 | HENRY LAWSON HUGGINS JR. | | 1290-000 | 560.10 | | 162,960.30 |
| | | | 3807 8TH STREET PL NW | | | | | |
| | | | HICKORY, NC  28601 | | | | | |
| | 09/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 5.96 | | 162,966.26 |
| | 10/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 6.92 | | 162,973.18 |
| | 11/05/09 | 005001 | INTERNATIONAL SURETIES LTD | Trustee Bond Premium  016036312 | 2300-000 | | 210.96 | 162,762.22 |
| | | | SUITE 420 | | | | | |
| | | | 701 POYDRAS ST | | | | | |
| | | | NEW ORLEANS, LA 70139 | | | | | |
| | 11/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 6.70 | | 162,768.92 |

Page Subtotals        162,979.88        210.96

Ver: 18.00a

**USBA Form 101-7-TDR (10/1/2010)** *(Page: 17)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    4

Exhibit 9

| Case No: | 09-50336  -JCW | Trustee Name: | JAMES T. WARD |
| Case Name: | HUGGINS JR., HENRY LAWSON | Bank Name: | BANK OF AMERICA |
| | HUGGINS, THERESA LITTLETON | Account Number / CD #: | *******0778  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5440 | | |
| For Period Ending: | 07/05/14 | Blanket Bond (per case limit): | $  1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/31/09 | 1 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 6.91 | | 162,775.83 |
| 01/29/10 | 1 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 6.91 | | 162,782.74 |
| 02/26/10 | 1 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 6.24 | | 162,788.98 |
| 03/31/10 | 1 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 6.92 | | 162,795.90 |
| 04/14/10 | 28 | Ocean  Park Hotel | | 1290-000 | 1,438.15 | | 164,234.05 |
| 04/30/10 | 1 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 6.71 | | 164,240.76 |
| 05/23/10 | | Newby Sartip Masel & Casper | net proceeds of sale of condo | | 52,024.78 | | 216,265.54 |
| | | for  Huggiins | | | | | |
| | 28 | NEWBY SARTIP MASEL & CASPER | Memo Amount:        91,000.00 | 1210-000 | | | |
| | | | net proceeds of sale of condo | | | | |
| | | BOYD, GARY | Memo Amount:      (    11,375.00 ) | 3610-000 | | | |
| | | | Auctioneer Fees | | | | |
| | | PATRICK & STATHOS | Memo Amount:      (    18,192.54 ) | 2500-000 | | | |
| | | | Lien Release | | | | |
| | | HORRY CO TREASURER | Memo Amount:      (     8,528.94 ) | 2500-000 | | | |
| | | | Horry Co. Taxes | | | | |
| | | VARIOUS | Memo Amount:      (       878.74 ) | 2500-000 | | | |
| | | | Other Closing Costs | | | | |
| 05/28/10 | 1 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 7.32 | | 216,272.86 |
| 06/30/10 | 1 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 8.90 | | 216,281.76 |
| 07/30/10 | 1 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 9.18 | | 216,290.94 |
| 08/31/10 | 1 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 9.19 | | 216,300.13 |
| 09/30/10 | 1 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 8.89 | | 216,309.02 |
| 10/29/10 | 1 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 9.18 | | 216,318.20 |
| 11/17/10 | 005002 | INTERNATIONAL SURETIES LTD | Chapter 7 bond 016036312 | 2300-000 | | 271.64 | 216,046.56 |
| | | SUITE 420 | | | | | |
| | | 701 POYDRAS ST | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 11/30/10 | 1 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 8.89 | | 216,055.45 |

Page Subtotals        53,558.17        271.64

FORM 2    Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-50336 -JCW |
| Case Name: | HUGGINS JR., HENRY LAWSON |
| | HUGGINS, THERESA LITTLETON |
| Taxpayer ID No: | *******5440 |
| For Period Ending: | 07/05/14 |

| | |
|---|---|
| Trustee Name: | JAMES T. WARD |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******0778  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/01/10 | | Transfer to Acct #*******2076 | TRANSFER TO WRITE CHECKS | 9999-000 | | 17,287.50 | 198,767.95 |
| 12/29/10 | | Transfer to Acct #*******2076 | TRANSFER TO WRITE CHECKS | 9999-000 | | 987.75 | 197,780.20 |
| 12/31/10 | 1 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 8.44 | | 197,788.64 |
| 01/31/11 | 1 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 8.40 | | 197,797.04 |
| 02/28/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.52 | | 197,798.56 |
| 03/31/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.68 | | 197,800.24 |
| 04/29/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.62 | | 197,801.86 |
| 05/31/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.68 | | 197,803.54 |
| 06/10/11 | 1 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.49 | | 197,804.03 |
| 06/10/11 | | Transfer to Acct #*******2254 | Final Posting Transfer | 9999-000 | | 197,804.03 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 221,053.50 | COLUMN TOTALS | 216,561.88 | 216,561.88 | 0.00 |
| Memo Allocation Disbursements: | 38,975.22 | Less: Bank Transfers/CD's | 0.00 | 216,079.28 | |
| | | Subtotal | 216,561.88 | 482.60 | |
| Memo Allocation Net: | 182,078.28 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 216,561.88 | 482.60 | |

| | | |
|---|---|---|
| Page Subtotals | 23.83 | 216,079.28 |

Ver: 18.00a

**USBA Form 101-7-TDR (10/1/2010)** *(Page: 19)*

FORM 2                                                                                                    Page:    6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                        Exhibit 9

| Case No: | 09-50336  -JCW | Trustee Name: | JAMES T. WARD |
| Case Name: | HUGGINS JR., HENRY LAWSON | Bank Name: | BANK OF AMERICA |
| | HUGGINS, THERESA LITTLETON | Account Number / CD #: | *******2076  EPI - NB Checking |
| Taxpayer ID No: | *******5440 | | |
| For Period Ending: | 07/05/14 | Blanket Bond (per case limit): | $  1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/01/10 | | Transfer from Acct #*******0778 | TRANSFER TO WRITE CHECKS | 9999-000 | 17,287.50 | | 17,287.50 |
| 12/01/10 | 001001 | Grier Furr & Crisp, P.A. | ATTORNEY FEES | | | 17,287.50 | 0.00 |
| | | 101 N. Tryon Street, Suite 1240 | | | | | |
| | | Charlotte, NC 28246 | | | | | |
| | | | Fees            16,600.50 | 3210-000 | | | |
| | | | Expenses         687.00 | 3220-000 | | | |
| 12/29/10 | | Transfer from Acct #*******0778 | TRANSFER TO WRITE CHECKS | 9999-000 | 987.75 | | 987.75 |
| 12/29/10 | 001002 | MIDDLESWARTH  BOWERS & CO | Approved Accountant Fees | 3410-000 | | 987.75 | 0.00 |
| | | 219-A WILMOT DRIVE | | | | | |
| | | GASTONIA, NC 28054 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 18,275.25 | 18,275.25 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 18,275.25 | 0.00 | |
| | | Subtotal | | 0.00 | 18,275.25 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 18,275.25 | |

Page Subtotals                18,275.25            18,275.25

Ver: 18.00a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:    7

Exhibit 9

| Case No: | 09-50336 -JCW |
| Case Name: | HUGGINS JR., HENRY LAWSON |
| | HUGGINS, THERESA LITTLETON |
| Taxpayer ID No: | *******5440 |
| For Period Ending: | 07/05/14 |

| Trustee Name: | JAMES T. WARD |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******2254  EPI - NB  Money Market |
| Blanket Bond (per case limit): | $ 1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/10/11 | | Transfer from Acct #*******0778 | Transfer In From MMA Account | 9999-000 | 197,804.03 | | 197,804.03 |
| 06/30/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.14 | | 197,805.17 |
| 07/29/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.67 | | 197,806.84 |
| 08/31/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.69 | | 197,808.53 |
| 09/30/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.63 | | 197,810.16 |
| 10/31/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.68 | | 197,811.84 |
| 11/30/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.63 | | 197,813.47 |
| 12/30/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.68 | | 197,815.15 |
| 01/31/12 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.68 | | 197,816.83 |
| 02/29/12 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.57 | | 197,818.40 |
| 03/30/12 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.67 | | 197,820.07 |
| 04/30/12 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.63 | | 197,821.70 |
| 05/31/12 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.68 | | 197,823.38 |
| 06/29/12 | 1 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 1.62 | | 197,825.00 |
| 07/31/12 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.68 | | 197,826.68 |
| 08/31/12 | 1 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 1.68 | | 197,828.36 |
| 09/28/12 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.61 | | 197,829.97 |
| 10/31/12 | 1 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 1.63 | | 197,831.60 |
| 10/31/12 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 197,831.60 | 0.00 |

Page Subtotals                197,831.60          197,831.60

Ver: 18.00a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-50336  -JCW | Trustee Name: | JAMES T. WARD |
| Case Name: | HUGGINS JR., HENRY LAWSON | Bank Name: | BANK OF AMERICA |
| | HUGGINS, THERESA LITTLETON | Account Number / CD #: | *******2254  EPI - NB  Money Market |
| Taxpayer ID No: | *******5440 | | |
| For Period Ending: | 07/05/14 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 197,831.60 | 197,831.60 | 0.00 |
| | | Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 197,804.03 | 197,831.60 | |
| | | | | Subtotal | | 27.57 | 0.00 | |
| | | Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | | | Net | | 27.57 | 0.00 | |

| | | | | | NET | ACCOUNT |
| | | Total Allocation Receipts: | 221,053.50 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | Total Allocation Disbursements: | 38,975.22 | EPI - NB Checking - ********5339 | 29,770.56 | 8,559.53 | 219,042.63 |
| | | | | Money Market Account (Interest Earn - ********0778 | 216,561.88 | 482.60 | 0.00 |
| | | Total Memo Allocation Net: | 182,078.28 | EPI - NB Checking - ********2076 | 0.00 | 18,275.25 | 0.00 |
| | | | | EPI - NB  Money Market - ********2254 | 27.57 | 0.00 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 246,360.01 | 27,317.38 | 219,042.63 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 18.00a